UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LUCHONE ELZEY,<br>                     Defendant. | 1:16-CR-675 (JMF)<br>1:16-CR-801 (JMF)<br><u>ORDER</u> |

JESSE M. FURMAN, U.S. District Judge:

      As discussed on the record at the conference held earlier today, IT IS HEREBY ORDERED THAT THE SPECIAL CONDITIONS OF SUPERVISED RELEASE FOR DEFENDANT LUCHONE ELZEY ("You") SHALL BE MODIFIED AS FOLLOWS: You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol.  You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments.  The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

      SO ORDERED.

Dated: November 2, 2023
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge